cal_____

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BETHEL,<br><br>　　　　Plaintiff,<br>v.<br>HOME DEPOT USA, INC., LOUISVILLE LADDER, INC., and DOES I through L, Inclusive,<br><br>　　　　Defendants. | Civil No. 07cv0863 DMS (AJB)<br><br>**ORDER RE: JOINT MOTION FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE** |

Pursuant to a joint oral motion by counsel in the above entitled action, and for good cause shown, the June 16, 2008, Mandatory Settlement Conference is hereby continued to ***June 17, 2008 at 10:00 a.m***. Plaintiff's brief will remain due to be lodged and served on or before *June 2, 2008*. Defendant's brief will remain due to be lodged and served on or before *June 9, 2008*.

IT IS SO ORDERED.

DATED: March 5, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court